DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAX ONE INVESTMENTS, LLC D/B/A RED ROOF PLUS+ & SUITES
TAMPA,,

Appellant,

v.

MICKAOLYN MORGAN,

Appellee.

No. 2D2025-3063

_____

June 26, 2026

Appeal from the Circuit Court for Hillsborough County; Emily Ann
Peacock, Judge.

Caitlein J. Jammo and Joseph Gaynor of Johnson, Pope, Bokor, Ruppel
& Burns, LLP, Clearwater, for Appellant.

John A. Anthony, Stephanie Biernacki Anthony, and Julia G. Traina of
Anthony & Partners, PLLC, Tampa, and Megan Tiralosi of Morgan &
Morgan, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.